AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| MATTHEW A. INMAN | ) | Case No. |
| | ) | 6:25-mj-1030 |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 2024__ in the county of __Orange__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(1) | Transportation of child pornography |

This criminal complaint is based on these facts:

See Attached Affidavit

☐ Continued on the attached sheet.

_____
Complainant's signature

Kevin Kaufman, FBI
_____
Printed name and title

Sworn before me and signed in my presence.

Date: January 16, 2025

_____
Judge's signature

City and state: Orlando, Florida

ROBERT M. NORWAY, U.S. Magistrate Judge
_____
Printed name and title

STATE OF FLORIDA                                              CASE NO. 6:25-mj-1030

COUNTY OF ORANGE

## AFFIDAVIT

I, Kevin Kaufman, being duly sworn, do hereby depose and state as follows:

1. This affidavit is submitted in support of a criminal complaint against Matthew INMAN (INMAN), for a violation of 18 U.S.C. § 2252A(a)(1). As set forth in more detail below, I believe there is probable cause that in or about October 2024, INMAN transported child pornography in or affecting interstate commerce, in violation of 18 U.S.C. § 2252A(a)(1).

2. I have been a Special Agent (SA) with the Federal Bureau of Investigation (FBI) for the past 20 years. I am currently assigned to the FBI Violent Crimes Against Children Task Force.

3. I have received specialized training concerning investigations of sex crimes, child exploitation, child pornography, and computer crimes. I have also investigated and assisted in the investigation of matters involving the possession, receipt, distribution, and production of child pornography. During the course of my training and investigations, I have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media. Moreover, I

am a SA who is engaged in enforcing the criminal laws, including 18 U.S.C. § 2252A.

4. I have participated in various training courses concerning the investigation and enforcement of federal child pornography laws in which computers are used as the means for receiving, transmitting, and storing child pornography. Additionally, I have participated in the execution of search warrants involving searches and seizures of computers, computer equipment, software, and electronically stored information.

5. I make this affidavit based on my experience and background as a law enforcement officer, including my experience with the FBI; my personal participation in the investigation; information provided by other FBI Special Agents who participated in this investigation with me, and other law enforcement officers and agency personnel. Because this affidavit is being submitted for the limited purpose of establishing probable cause for the issuance of a criminal complaint, I have not set forth each and every fact learned during the course of this investigation.

6. This affidavit is submitted in support of a criminal complaint against INMAN for a violation of 18 U.S.C. § 2252A. As set forth in more detail below, I believe there is probable cause that in or about October 2024,

INMAN transported child pornography in or affecting interstate commerce, in violation of 18 U.S.C. § 2252A(a)(1).

## PROBABLE CAUSE STATEMENT

7. On January 7, 2025, the FBI Tampa Division, Orlando Resident Agency received a lead from the FBI Salt Lake City Division in reference to a male identified as Matthew Inman. On October 22, 2024, an Online Covert Employee (OCE), who is a member of the FBI Child Exploitation & Human Trafficking Task Force in Salt Lake City, Utah, was connected to the Internet in an online undercover capacity in Washington County, Utah. A software program was used to record online activity, chats, and images identified within the Sniffies application and Telegram application.

8. During the operation, the OCE had created a fictitious persona as a father of a 9-year-old boy. The OCE posted numerous online bulletin messages on specific social media forums and groups, which, based on OCE's experience and information gathered from other sources, are websites/applications frequented by individuals who have a sexual interest in children and incest. The bulletin messages were intended to attract individuals with a sexual interest in children and the OCE would leave his Telegram username to be contacted.

9. Sniffies is a location-based service described as "a modern, map based, meetup app for gay, bi, and curious Cruisers." On October 22, 2024, the OCE posted a message on the Sniffies message board that stated "Incess Tabuu Daddy in St. George tonight. Make the trip and u can see my secret." An individual from Sniffies had contacted the OCE in response to the message. The user's profile contained the following details: "Visiting from Orlando, FL," and "34, 7 cut, average, gay, dom top, (breeder), daddy." The user's Sniffies profile also stated "Where are the subs and boys4daddy at? I don't share face. Young+ twink/skinny+." In the Sniffies profile section "Looking For" this user stated they wanted a "Twink, Trans, Son." The OCE then transitioned the conversation from Sniffies to Telegram. The Sniffies user's Telegram profile was "@Daddy4b", using the screen name "B."

10. Telegram Messenger, commonly known as Telegram, is a cloud-based, cross-platform, social media and instant messaging (IM) service. It allows users to exchange messages, share media and files, and hold private and group voice or video calls as well as public livestreams. Telegram offers end-to-end encryption in voice and video calls, and in optional private chats, which Telegram calls Secret Chats. Telegram is frequented by individuals who have a sexual interest in children or who are involved in the sexual exploitation of children.

11. During the conversation with the OCE, "@Daddy4b" discussed with the OCE about his experience with viewing child sexual abuse material (CSAM) and sexually abusing children. This Telegram user sent the OCE multiple videos of CSAM depicting the anal rape of nude prepubescent age children by adult men. The FBI later learned that the Telegram account "@Daddy4b" was being used by MATTHEW INMAN. INMAN discussed his sexual interest in children, specifically wanting to meet the OCE in Washington County, Utah, for the purpose of sexually abusing the OCE's purported 9-year-old son. Highlights of the conversation between the FBI "OCE" and Telegram user "DADDY4B" (INMAN) are as follows:

Messages exchanged on Sniffies:

**DADDY4B: hey Man. Into Taboo too.**

**DADDY4B: Keep chatting here or you got Telegram**

OCE: Prefer Telegram, What's ur username

**DADDY4B: Daddy4b**

OCE: Sent u a message

Messages exchanged on Telegram:

**DADDY4B: Hey safer to chat this way. The company can't read messages**

**DADDY4B: Family play. Nice. He receiving**

OCE: I'm in St. George Utah vacationing with my son, into family play and incest, looking for a friend to join. Do u have age limits

**DADDY4B: No, How old**

OCE: He's 9

**DADDY4B: Nice when you start fucking him**

OCE: Started light stuff when I wud change his diaper and baths. Slowly worked up from there

OCE: Ages do u like

**DADDY4B: Mostly have fucked teens since that is what you can more easily find. Nice so when did he take your cock**

OCE: Like a year ago

**DADDY4B: Nice how he do. Any pics or videos**

OCE: He's very curious. I wud luv to watch him with someone else. So how he does. Wat wud u wanna do

**DADDY4B: I would definitely fuck his hole. You letting guys fuck raw and breed him**

OCE: Yes r u clean

**DADDY4B: Yes on prep too**

**DADDY4B: Would be hot to see you fuck him too**

OCE: I will join in. But I get off watching the most

**DADDY4B: Nice. I just want to see an actual dad fucking his son. And a young boy too**

**DADDY4B: Any pics or videos**

OCE: I'm really careful sharing pics. Keeps me safe. Here's one

**DADDY4B: I hear that. Hence why I made a secret chat too**

OCE: *[Picture sent depicting a digitally modified image of a purported 9-year-old boy]*

**DADDY4B: I can share some videos of young being fucked too if you want**

OCE: Pls

**DADDY4B:** *[Video sent depicting a nude prepubescent age boy being anally raped by an adult male]*

*DADDY4B: [Video sent depicting a nude prepubescent age boy being anally raped by an adult male]*

*DADDY4B: [Video sent depicting a nude prepubescent age boy being anally raped by an adult male]*

*DADDY4B: [Video sent depicting a nude prepubescent age boy being anally raped by an adult male]*

*DADDY4B: [Video sent depicting a nude prepubescent age boy, blindfolded, with an adult hand holding his penis and masturbating]*

7

*DADDY4B: [Video sent depicting a nude prepubescent age boy being anally raped by an adult male]*

*DADDY4B: [Video sent depicting a nude prepubescent age boy being anally raped by an adult male]*

**DADDY4B: Hope you like. He looks cute. How old is he in the pic? You are single dad then**

OCE: Single dad. He's 9 in it

**DADDY4B: Nice Figured you were. Makes it easier to do this stuff**

OCE: He has school fall break so we are chillin in St. George for a couple of days. Available tonight. Love to chill and see how goes. If not no worries

**DADDY4B: I looked up St. George, shows about 2 hr drive. And night would be best for me either way**

OCE: Mmmm I can host. Low pressure. We can start mild. Make sure he's enjoying it. Jerk off whatever

**DADDY4B: Cool, what do you want me to do to him. Anymore pics or videos you willing to share? I got lots of videos if you want to watch**

OCE: I'm really nervous sharing pics. He's kept me and him safe this long

8

**DADDY4B: I do not need you in them. Just trying to also make sure if I am driving out there for 2 hrs it is something I will be into**

OCE: Plus I deal with a lot of guys who only want pics. If that's deal breaker I wud understand. It's safer for me. I cud write on piece of paper wat u wanted and have him hold it so u know it's real

**DADDY4B: Yeah that works. Make me.feel more confident that way**

OCE: Wat did u want me to write

**DADDY4B: Hmmm...**

**DADDY4B: How about "fun daddys boy 9" I'm making it up, lol**

OCE: Can it be shorter lol

**DADDY4B: Daddy's B 9**

OCE: Ok. It will have to wait until we get back to our hotel

**DADDY4B: Ok oh your out early. Is this the first time you shared him**

OCE: Trying to do some fun things with him while we are

OCE: I've share him twice

**DADDY4B: Nice. I bet you have some great videos and pics lol**

OCE: I don't keep any of those. I have some dick pics but it's not safe for me to keep my naughty ones

**DADDY4B: I hear that. Yeah You need to put them on secure stuff**

**DADDY4B: I have mine that way. And never on a cloud**

OCE: Where do u keep urs?

**DADDY4B: I keep them in a secure folder on my cell. It's an extra layer of encryption and has it's own strong password**

**DADDY4B: I keep this app and all the other dirty things within it**

**DADDY4B: Sort of another phone within a phone, but just no cell number**

OCE: Oh so how do u keep them off the cloud

**DADDY4B: That area doesn't sync to anything**

OCE: Oh nice

**DADDY4B: And this app and others auto store there since it is houses there. Android is the only ones that have it**

OCE: Ya I like Telegram

**DADDY4B: Apple doesn't have that capability**

OCE: I hate apple

**DADDY4B: Same**

## IDENTIFICATION OF TELEGRAM USER "DADDY4B" AS INMAN

12. The FBI sent a subpoena to Telegram requesting subscriber data for this account. The Telegram response identified the most recent IP address

10

logging into this account, which was a Charter Communications IP address. Telegram also identified a phone number used to register the account. The Telegram subscriber data revealed the following:

- Telegram Subscriber Data
    - USER: #7196446583 @daddy4b
    - PHONE: +19545364682
    - IP ADDRESS: 97.103.50.7, 17 Dec 2024 0:11:09 (Charter)

13. The FBI sent a subpoena to Charter Communications requesting subscriber information for the IP address logging into this Telegram account. Charter then provided subscriber information as follows:

- Charter Communications Subscriber Data (97.103.50.7)
    - Matthew Inman
    - XXXX Exeter Court, Orlando, FL 32812
    - 954-536-4682
    - mInman1@live.com

14. The FBI sent a subpoena to T-Mobile requesting subscriber information for the phone number assigned to this Telegram account. T-Mobile then provided subscriber information as follows:

- T-Mobile Subscriber Data (954-536-4682)

11

- o Matthew Inman
- o XXXX Exeter Court, Orlando, FL 32812
- o 954-536-4682
- o Length of Service: 07/04/2003 to Current Date of Response

15. Database searches for people associated with the Sniffies account, Telegram account, phone number, and IP address corroborated that these accounts appeared to be used by INMAN.

### INTERVIEW OF MATTHEW INMAN

16. On January 15, 2025, the FBI obtained a federal search warrant out of the Middle District of Florida to search INMAN's person and INMAN's residence located at XXX Exeter Court, Orlando, Florida. On January 16, 2025, the FBI executed the federal search and contacted INMAN. INMAN was interviewed in an FBI vehicle parked in the driveway to the residence.

17. Prior to the interview INMAN was advised he was not under arrest; he was free to leave; and that he did not have to answer any questions. INMAN acknowledged he understood, and a recorded interview occurred.

18. INMAN stated that in October 2024, he traveled from Orlando to Las Vegas, Nevada for his grandmother's birthday. While in Las Vegas, INMAN accessed the Sniffies application. While on the Sniffies application,

INMAN engaged in a conversation with an unknown adult male who stated he was sexually active with a 9-year-old male. INMAN stated the conversation switched over to the Telegram application. While on the Telegram application, INMAN engaged the unknown male in conversation about the male sexually abusing the 9-year-old child. INMAN stated that his conversation was fantasy only and that he would never touch a child.

19.     INMAN admitted that during the conversation, INMAN distributed seven videos of CSAM to the unknown adult male (in other words to the OCE). INMAN indicated that he did this so that the male he was in communication with would believe him that he had the same sexual interest in children. As the interview continued, INMAN stated that he often engaged in these types of conversations and received CSAM from individuals on Telegram. INMAN stored the images and videos of CSAM he received in a hidden folder on his phone. Prior to traveling to Las Vegas and while at his residence in Orange County, Florida, INMAN received 6 of the 7 CSAM videos he distributed to the unknown male while in Las Vegas. INMAN stated he received these videos on Telegram from another Telegram user. INMAN received the CSAM videos between August 2024 and the time he traveled to Las Vegas, Nevada in October 2024.

20. INMAN admitted to factory resetting his cellular telephone when the FBI knocked on his door to execute the warrant. INMAN stated that after the FBI knocked on his door, initially he attempted to crawl up into the attic to hide. After factory resetting his phone, INMAN exited his residence. INMAN stated that he has been viewing CSAM for over two years.

## CONCLUSION

21. Based on the above, there is probable cause that in or about October 2024, INMAN knowingly transported child pornography in or affecting interstate commerce, in violation of 18 U.S.C. § 2252A(a)(1).

_____
Kevin Kaufman
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me
this 16th day of January, 2025.

_____
Hon. Robert M. Norway
United States Magistrate Judge

14